Jeffrey Franklin WASHINGTON, Petitioner–Appellant,

v.

Harold CLARKE, Director, Virginia Department of Corrections, Respondent–Appellee,

and

Commonwealth of Virginia, Respondent.

No. 14–6335.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2014.

Decided: June 30, 2014.

Jeffrey Franklin Washington, Appellant Pro Se. Susan Mozley Harris, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Franklin Washington seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (2012) petition as successive. The order is not appealable

court. Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. *Slack v. McDaniel*, 529 U.S. 473, 484–85, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

We have independently reviewed the record and conclude that Washington has not made the requisite showing. Accordingly, we deny Washington's motions for appointment of counsel and for "Humanitarian 'Electronic Ankle Bracelet' Parole–Type Release," deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*